DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: ddickinson@littler.com

*Attorneys for Defendant*
HIRERIGHT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PIPES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00049-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JOHN PIPES ("Plaintiff"), and Defendant HIRERIGHT, LLC ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the deadline for Defendant to file its response to Plaintiff's Complaint by thirty (30) days, up to and including **March 3, 2022**. This is the first request for an extension of time to respond to the Complaint.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 14, 2022

KRIEGER LAW GROUP, LLC

By: */s/ Shawn Miller*
   DAVID KRIEGER, ESQ.
   SHAWN MILLER, ESQ.

   Attorneys for Plaintiff
   JOHN PIPES

Dated: February 14, 2022

LITTLER MENDELSON, P.C.

By: */s/ Diana G. Dickinson*
   DIANA G. DICKINSON, ESQ.

   Attorneys for Defendant
   HIRERIGHT, LLC

**IT IS SO ORDERED.**

Dated: February 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4856-1199-7966.1 / 084143-1000