DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:     702.862.8800
Fax No.:          702.862.8811
Email: ddickinson@littler.com

*Attorneys for Defendant*
HIRERIGHT, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PIPES,<br><br>                  Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>                  Defendant. | Case No. 2:22-cv-00049-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff JOHN PIPES ("Plaintiff"), and Defendant HIRERIGHT, LLC ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the deadline for Defendant to file its response to Plaintiff's Complaint by two weeks, from the current deadline of March 3, 2022, up to and including **March 17, 2022**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: March 2, 2022

KRIEGER LAW GROUP, LLC

By: __/s/ Shawn Miller__
   DAVID KRIEGER, ESQ.
   SHAWN MILLER, ESQ.

   Attorneys for Plaintiff
   JOHN PIPES

Dated: March 2, 2022

LITTLER MENDELSON, P.C.

By: __/s/ Diana G. Dickinson__
   DIANA G. DICKINSON, ESQ.

   Attorneys for Defendant
   HIRERIGHT, LLC

**IT IS SO ORDERED.**

Dated: __March 3__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4859-5614-7218.1 / 084143-1093

2.