David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*John Pipes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PIPES,<br><br>              Plaintiff(s),<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>              Defendant(s). | Case No.: 2:22-cv-00049-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST HIRERIGHT, LLC, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between John Pipes ("Plaintiff") and Defendant HireRight, LLC ("HireRight"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).  Accordingly, the Parties request that the Court dismiss HireRight, LLC from this action and close the case

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on March 31, 2022.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/Diana G. Dickinson |
| David H. Krieger, Esq. | Diana G. Dickinson, Esq. |
| Shawn W. Miller, Esq. | LITTLER MENDELSON, P.C. |
| KRIEGER LAW GROUP, LLC | 3960 Howard Hughes Parkway, |
| 5502 S. Fort Apache Road, | Suite 300 |
| Suite 200 | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89148 | Attorneys for Defendant |
| Attorneys for Plaintiff | **HireRight, LLC** |
| **John Pipes** | |

**IT IS SO ORDERED.** The Clerk of Court shall close the case accordingly.

Dated this  31  day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT